UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 30 2008
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| Chester J. Maddox, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08 0931 |
| U.S. Parole Commission, | ) |
| Respondent. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 28th day of May 2008,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that the petition for a writ of *habeas corpus* [Dkt. No. 1] is DENIED, and this case is DISMISSED with prejudice. This is a final appealable Order.

United States District Judge